IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-13-17 |
| | § | |
| ARTEMIO BLANCO-GOMEZ | § | |
| a/k/a Luis Amaro | § | |

## ORDER OF DETENTION PENDING TRIAL

On September 6, 2013, at the Initial Appearance of Defendant, **Artemio Blanco-Gomez,** this Court considered the matter of his detention. Having considered the oral report of the Pretrial Services Officer recommending detention and confirmed that **Blanco-Gomez** is presently in custody pursuant to an Order of Detention in Cause No. 1:13-cr-55; USA v. Garrett, et al., pending in the United States District Court for the Eastern District of Texas, Beaumont Division, issues this Order of Detention.

Since **Blanco-Gomez** presently has no legitimate claim to a liberty interest that would justify an immediate or meaningful detention determination under 18 U.S.C. § 3142(f), it is the **ORDER** of this Court that good cause exists to postpone the need for such a determination until such time as **Blanco-Gomez** can maintain a legitimate liberty interest before this Court. See United States v. King, 818 F.2d 112, 114 (1st Cir. 1987), see also United States v. Coonan, 826 F.2d 1180, 1183 (2d Cir. 1987)   Accordingly, the Court finds that there is no need to make a final detention determination at this time.

It is, therefore, **ORDERED** that the Defendant, **Artemio Blanco-Gomez**, be, and is hereby, **COMMITTED** to the custody of the Attorney General or his designated representative for confinement in a corrections facility.

It is further **ORDERED** that the Defendant, **Artemio Blanco-Gomez**, **SHALL** be afforded a reasonable opportunity for private consultation with defense counsel.

It is further **ORDERED** that upon Order of a Court of the United States or upon request of an attorney for the Government, the person in charge of the corrections facility **SHALL** deliver **Artemio Blanco-Gomez** to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**DONE** at Houston, Texas, this ____6th____ day of September, 2013.

_____
John R. Froeschner
United States Magistrate Judge